In the Matter of the Administration of the Estate of WILLIAM H. SWALES, Deceased.
MARY E. SWALES, Appellant; JOSEPH G. SWALES, as Administrator, etc., Respondent.

*Matter of Swales,* 60 App. Div. 599, affirmed.
(Submitted November 11, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 30, 1901, which reversed a decree of the Wayne County Surrogate's Court declaring the petitioner entitled to administer the estate of William E. Swales, deceased, and revoking letters of administration theretofore issued to Joseph G. Swales and denied the petition.

*S. B. McIntyre* for appellant.

*Edson W. Hamm* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.